IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

COREY LEE OLIVER,              )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:24cv419-MHT
                               )             (WO)
LT. KATHY GARRIS, et al.,      )
                               )
        Defendants.            )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated at Chilton County Jail, filed this lawsuit asserting that the defendant jail officials violated his rights by opening his mail, sometimes outside of his presence; by making copies of the mail he received from federal court; and by keeping the original copies while giving plaintiff the copied documents. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of December, 2025.

                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE